UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**BILL FERGUSON**

           Plaintiff,

vs.

**THE PROPHET MANASSEH JORDAN MINISTRIES**

           Defendant.

_____/

Case No.: CV 13-02463 HRL

**VERIFIED RETURN OF SERVICE**



*894434*

Pursuant to the request of **LAW OFFICE OF TYLER S. HINZ**, received this process on **06/07/2013** at **10:48 AM** to be served upon:

**THE PROPHET MANASSEH JORDAN MINISTRIES**

STATE OF FLORIDA
COUNTY OF DADE    ss.

I, **Dionisio Delgado**, depose and say that:
On **06/07/2013** at **2:05 PM**, I served the within SUMMONS IN CIVIL ACTION / CIVIL COVER SHEET / COMPLAINT FOR VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. 227 ET SEQ.; AND BUSINESS AND PROFESSIONS CODE SECTION 17200 ET SEQ. / ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES / NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL / CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE / DECLINATION TO PRODUCE BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE on THE PROPHET MANASSEH JORDAN MINISTRIES at 17121 COLLINS AVENUE, SUITE 3903 , SUNNY ISLES BEACH, FL 33160 in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of this process to **PROPHET MANASSEH JORDAN, AGENT AUTHORIZED TO ACCEPT SERVICE** of the above named corporation and informing him/her of the contents.

**AUTHORIZED LEGAL AGENT, STATED HE/SHE IS AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF DEFENDANT.**

I certify that I am over the age of 18, I am not a party to this action and have no interest in the process being served, and I am a Certified Process Server or Special Process Server in good standing in the judicial circuit/county in which the process was served or am otherwise duly authorized to have served process in the jurisdiction where process was served.

Under penalty of perjury I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true and correct.

X_____
**Dionisio Delgado** – Cert/Appt#: 1024 – Dade County
Notary Not Required Pursuant To F.S. 92.525.
JOSE H. MEJIA, P.I., INC.; 161 BENTLEY DRIVE; MIAMI SPRINGS, FL 33166; 305-871-6477