1  LAW OFFICE OF TYLER S. HINZ
   TYLER S. HINZ (CSB #280612)
2  (Tyler.Consumer@gmail.com)
   2797 Park Ave, Suite 201
3  Santa Clara CA, 95050
4  (408)218-6665-TEL
   (408)677-5791-FACSIMILE
5
6  Attorney for Plaintiff BILL FERGUSON

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN JOSE DIVISION
10

11
                                    )   Case No.: 13-CV-02463-HRL
12 BILL FERGUSON, an individual     )
                                    )   **NOTICE OF VOLUNTARY DISMISSAL**
13                                  )
                                    )
14       Plaintiff,                 )
                                    )
15    vs.                           )
                                    )
16 THE PROPHET MANASSEH JORDAN      )
   MINISTRIES,                      )
17                                  )
         Defendants.                )
18                                  )
                                    )
19  _____ )

20       NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure

21 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the above-captioned action with prejudice.

22

23       Dated: August 19, 2013           Respectfully Submitted,
                                          Law Office of Tyler S. Hinz
24
                                  By:     [signature]
25                                        TYLER HINZ
26                                        Attorney for Plaintiff BILL FERGUSON

27

28

                      NOTICE OF VOLUNTARY DISMISSAL - 1